UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave SE #231<br>Washington, D.C. 20003<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Ave., SW<br>Washington, D.C. 20201<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, Maryland 21244<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, Maryland 20857<br><br>*Defendants.* | Civil Action No. 25-2101 |

# COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Health and Human Services to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1

## JURISDICTION AND VENUE

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201 *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff AFL is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. Defendant United States Department of Health and Human Services ("HHS") is an agency under 5 U.S.C. § 552(f), with its offices located at 200 Independence Ave. SW, Washington, D.C. 20201. HHS has possession and control of the records AFL seeks.

6. Defendant Centers for Medicare and Medicaid Services ("CMS") is an agency under 5 U.S.C. § 552(f), with its offices located at 7500 Security Boulevard,

Baltimore, Maryland 21244. CMS has possession and control of the records AFL seeks.

7. Defendant Health Resources and Services Administration ("HRSA") is an agency under 5 U.S.C. § 552(f), with its offices located at 5600 Fishers Lane, Rockville, Maryland 20857. HRSA has possession and control of the records AFL seeks.

## FACTS

8. On April 3, 2023, AFL submitted a FOIA request to the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services, and the Health Resources and Services Administration seeking records related to the Biden Administration's infusion of "equity" into federal organ transplant systems. Ex. 1.

*HHS FOIA Request*

9. On April 3, 2023, HHS confirmed receipt of AFL's FOIA request and assigned it the tracking number 2023-00632-FOIA-OS. Exs. 2, 3.

10. On April 5, 2023, HHS emailed AFL stating AFL's FOIA request was "In Progress." Ex. 4.

11. On April 5, 2023, HHS emailed AFL an acknowledgment letter stating that AFL's FOIA request was placed in the complex processing track and extended its time to respond to the request by ten days. Ex. 5.

12. As of the date of this filing, AFL has received no further communications and no responsive records from HHS concerning this FOIA request.

*CMS FOIA Request*

13. On April 4, 2023, CMS confirmed receipt of AFL's FOIA request and assigned it the tracking number 040320237081. Ex. 6.

14. On November 22, 2024, CMS asked if AFL was still interested in its request. Ex. 7 at 1.

15. That same day, AFL confirmed that it remained interested in the requested documents. *Id.* at 2.

16. On February 11, 2025, AFL contacted CMS to request a timeline of when responsive documents would be produced. *Id.* at 2.

17. CMS immediately responded to AFL on February 11, 2025, redirecting AFL to reach out to a new contact at the agency for more information about AFL's request. *Id.* at 2.

18. On February 12, 2025 and February 20, 2025, AFL attempted to contact the CMS FOIA contact at the email address provided by CMS. *Id.* at 2–3.

19. On February 20, 2025, CMS responded to AFL, acknowledging that CMS had a "package of potentially responsive documents that are currently being reviewed for disclosure." *Id.* at 3.

20. On February 20, 2025, AFL asked CMS if the agency would be willing to produce responsive records on a rolling basis. *Id.* at 3–4.

21. After no response for nearly two months, AFL again emailed CMS on April 17, 2025, requesting an estimated timeline on which AFL could expect to receive

responsive documents and asked once more whether the agency could release documents on a rolling basis after being reviewed. *Id.* at 4.

22. As of the date of filing, AFL has received no further communications and no responsive records from CMS concerning this FOIA request.

*HRSA FOIA Request*

23. On April 6, 2023, HRSA sent AFL an acknowledgment letter in response to AFL's FOIA request and assigned the request tracking number 04032023F199, shortened in later email correspondence to 23F199. Exs. 8, 9.

24. On April 24, 2023, HRSA contacted AFL to request that AFL and HRSA discuss clarifying the request. Ex. 9.

25. On April 27, 2023, AFL agreed to discuss clarifying the request with HRSA. Ex. 10.

26. AFL and HRSA conferred on July 24, 2024. Exs. 11, 12, 13.

27. On August 14, 2024, AFL agreed to narrow the date range for the request. Ex. 14.

28. On August 15, 2024, HRSA confirmed receipt and told AFL that HRSA would respond the following week with an updated volume of response documents. *Id.*

29. HRSA did not do so.

30. As of the date of filing, AFL has received no further communications and no responsive records from HRSA concerning this FOIA request.

## CLAIM FOR RELIEF

### Violation of FOIA, 5 U.S.C. § 552

31. AFL repeats and realleges paragraphs 1–30, as if fully set forth herein.

32. AFL properly requested records within the possession, custody, and control of the Defendants.

33. The Defendants have failed to produce the requested records within the statutory time limit.

34. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

35. The Defendants have violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA requests and release nonexempt records.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests this Court:

i. Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any

responsive records or portions of responsive records being withheld under a claim of exemption;

      iv.      Order the Defendants to grant AFL's requests for fee waivers;

      v.      Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E);

and

      vi.      Grant AFL such other and further relief as this court deems proper.

Dated: July 1, 2025                      Respectfully submitted,

<u>/s/ William Scolinos</u>
William Scolinos (DC Bar No. 90023488)
Robert Crossin (Ind. Bar No. 39340-49)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, DC 20003
William.Scolinos@aflegal.org
Bobby.Crossin@aflegal.org
(301) 965-0179

*Counsel for America First Legal Foundation*

*\* Pro Hac Vice motion forthcoming*