Gmail

AFL FOIA <foia@aflegal.org>

## Request Acknowledgement by AINS

**noreply@ains.com** <noreply@ains.com>  Mon, Apr 3, 2023 at 2:00 PM
To: foia@aflegal.org

```
Dear Reed Rubinstein,

Request #2023-00632-FOIA-OS has been assigned to the request you submitted. In all future
correspondence regarding this request please reference request #2023-00632-FOIA-OS.

Regards,
AINS
```