AFL FOIA <foia@aflegal.org>

## Status Update for Request #2023-00632-FOIA-OS
1 message

**noreply@ains.com** <noreply@ains.com>  Wed, Apr 5, 2023 at 12:18 PM
To: foia@aflegal.org

Dear Reed Rubinstein,

The status of your FOIA request #2023-00632-FOIA-OS has been updated to the following status 'In Process'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
AINS