

AFL FOIA <foia@aflegal.org>

# FOIA-040320237081

9 messages

**Mastropaolo, Jason (CMS/OSORA)** <Jason.Mastropaolo1@cms.hhs.gov>  Fri, Nov 22, 2024 at 7:20 AM
To: "foia@aflegal.org" <foia@aflegal.org>

Good morning,

This office is presently conducting a review of our pending Freedom of Information Act (FOIA) requests to ascertain if the requested information for the above referenced FOIA

case is still desired. We apologize for the delay in responding to your request. However, because of the increasing number of requests received by the Centers for Medicare &

Medicaid Services (CMS), we found it necessary to adopt the ruling in the case of Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) and exercise

due diligence by following a first-in, first-out FOIA processing.

If you are still interested in receiving the documents, please respond to this email, and we will complete the processing of your request. If we have not received your response within 30 working days from the date of this email, we will assume you are no longer interested in receiving the documents and the case will be administratively closed. Thank you in advance

for your time and consideration on this matter.

## Jason Mastropaolo

Jason Mastropaolo

Technical Advisor

Division of FOIA Analysis –A

Freedom of Information Group

Office of Strategic Operations and Regulatory Affairs

Centers for Medicare & Medicaid Services

E-mail:  jason.mastropaolo1@cms.hhs.gov

*Looking to request Medicare claim records? Check out our* Medicare Beneficiary Claims Portal

*Looking to file a FOIA request? Check out our* FOIA.gov Portal

*Need more help? Check out our CMS* FOIA Service Center

**AFL FOIA** <foia@aflegal.org>  Fri, Nov 22, 2024 at 12:35 PM
To: "Mastropaolo, Jason (CMS/OSORA)" <Jason.Mastropaolo1@cms.hhs.gov>

Hi Joseph--

Yes, we would still like to receive the requested documents. Please continue to process our request.

Regards,
America First Legal

[Quoted text hidden]

---

**AFL FOIA** <foia@aflegal.org>  Tue, Feb 11, 2025 at 3:38 PM
To: "Mastropaolo, Jason (CMS/OSORA)" <Jason.Mastropaolo1@cms.hhs.gov>

Hi Jason--

I just wanted to check in on this FOIA request. It was submitted almost two years ago. Can you please provide a timeline on when responsive documents will be produced?

Regards,
America First Legal

[Quoted text hidden]

---

**Mastropaolo, Jason (CMS/OSORA)** <Jason.Mastropaolo1@cms.hhs.gov>  Tue, Feb 11, 2025 at 3:45 PM
To: AFL FOIA <foia@aflegal.org>

Good afternoon,

Your case is assigned to Ms. Daphney Briscoe. Feel free to reach out to her at Briscoe, Daphney (CMS/OSORA) daphney.briscoe@cms.hhs.gov. Thank you

[Quoted text hidden]

---

**AFL FOIA** <foia@aflegal.org>  Wed, Feb 12, 2025 at 8:18 PM
To: daphney.briscoe@cms.hhs.gov

Hi Ms. Briscoe--

I am writing to check on the status of our FOIA request, FOIA-040320237081, which has been outstanding for almost two years now. Can you please provide an update and let us know when you will be producing documents?

Regards,
America First Legal

[Quoted text hidden]

---

**AFL FOIA** <foia@aflegal.org>  Thu, Feb 20, 2025 at 12:22 PM
To: daphney.briscoe@cms.hhs.gov
Cc: "Mastropaolo, Jason (CMS/OSORA)" <Jason.Mastropaolo1@cms.hhs.gov>

Dear Ms. Briscoe--

We are writing to check in again on the status of this FOIA request, which is about two years old. It has been 8 days since we sent our prior email, and we have not yet heard from you. Can you please let us know the status of this, and when you will start producing documents? We would appreciate a prompt response. We would prefer to work collaboratively with you to complete this request and avoid the necessity of litigation.

Regards,

America First Legal

[Quoted text hidden]

---

**Briscoe, Daphney (CMS/OSORA)** <daphney.briscoe@cms.hhs.gov>  Thu, Feb 20, 2025 at 12:43 PM
To: AFL FOIA <foia@aflegal.org>
Cc: "Mastropaolo, Jason (CMS/OSORA)" <Jason.Mastropaolo1@cms.hhs.gov>

Greetings,

Your case has been assigned to me for response. I have received a package of potentially responsive documents that are currently being reviewed for disclosure to you. Unfortunately, I am unable to provide you an exact date on when you will receive a final response from our office. If during my review, we require any additional assistance from your office we will make contact at that time.

Thank you for your patience,

**Daphney Briscoe**

Daphney Briscoe

Government Information Specialist

Division of FOIA Analysis - A

Freedom of Information Group

Office of Strategic Operations and Regulatory Affairs

Centers for Medicare & Medicaid Services

E-mail: daphney.briscoe@cms.hhs.gov

Phone:  (667) 414-0519


*Looking to request Medicare claim records? Check out our Medicare Beneficiary Claims Portal*

*Looking to file a FOIA request? Check out our FOIA.gov Portal*

*Need more help? Check out our CMS FOIA Service Center*

[Quoted text hidden]

---

**AFL FOIA** <foia@aflegal.org>  Thu, Feb 20, 2025 at 3:05 PM
To: "Briscoe, Daphney (CMS/OSORA)" <daphney.briscoe@cms.hhs.gov>

Thank you for the update. To get things moving sooner, would your office be willing to produce documents on a rolling basis? AFL would have no problem with a rolling production.

Regards,
America First Legal

[Quoted text hidden]

---

**James Rogers** <██████████@aflegal.org>     Thu, Apr 17, 2025 at 4:48 PM
To: "Briscoe, Daphney (CMS/OSORA)" <daphney.briscoe@cms.hhs.gov>, AFL FOIA <foia@aflegal.org>
Cc: "Mastropaolo, Jason (CMS/OSORA)" <Jason.Mastropaolo1@cms.hhs.gov>, ██████████@aflegal.org>, ██████████@aflegal.org>

Good evening--

I just wanted to check in on this again. It has been nearly two months since your last email. Can you please give us an ETA on when you will start producing documents? To speed things up, we would ask that you produce documents on a rolling basis as they become available.

Regards,
James

--
James Rogers
Senior Counsel
America First Legal Foundation
(██████████

[Quoted text hidden]