AFL FOIA <foia@aflegal.org>

## HRSA FOIA 23F199 - Request Clarification

**HRSA FOIA** <FOIA@hrsa.gov>  Mon, Apr 24, 2023 at 2:41 PM
To: "FOIA@aflegal.org" <FOIA@aflegal.org>

Good Afternoon James Rogers:

How are you doing today?  We write to request clarification about your FOIA request, HRSA Tracking Number 23F199.

HRSA's Division of Transplantation informed us that the search terms provided are not yielding useful results because our email search feature does not allow connected terms (e.g. "race + organ") and only retrieve emails with that pairing.  Instead, the Division of Transplantation searches are producing every mention of a search term, yielding countless emails that have organ, transplant, or transplantation in it but unrelated to what you seek.  Further, Division of Transplantation personnel list "Division of Transplantation" in their signature block which yields a lot of non-responsive records.  Could we meet this week to discuss your search terms, brainstorm any additional terms, or discuss the nature of your request to determine if we can narrow the scope which may lead to fruitful search?  If so, what dates and times work best for you?

Thank you for your time, wishing you a wonderful afternoon.

Sincerely,



Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov

**From:** Duncan, Ashley (HRSA) <ADuncan@hrsa.gov>
**Sent:** Thursday, April 6, 2023 10:36 AM
**To:** FOIA@aflegal.org
**Cc:** HRSA FOIA <FOIA@hrsa.gov>; Duncan, Ashley (HRSA) <ADuncan@hrsa.gov>
**Subject:** HRSA FOIA 23F199 - Acknowledgement

Good Morning James Rogers,

Thank you for your interest in HRSA, please find our acknowledgement letter attached to this email. If you have any questions regarding your request, feel free to contact me.

Best Regards,

Ashley Duncan

Student Trainee HRSA

OO/Exec Sec

Phone: (301) 443-4521

Email: ADuncan@hrsa.gov

