AFL FOIA <foia@aflegal.org>

## HRSA FOIA 23F199 - Request Clarification

**AFL FOIA** <foia@aflegal.org>  Thu, Apr 27, 2023 at 12:19 PM
To: HRSA FOIA <FOIA@hrsa.gov>, bmay@hrsa.gov
Cc: James Rogers <███████@aflegal.org>

Dear Mr. May--

My apologies for the delay in getting back to you. Tomorrow (Friday), I am available any time except Noon to 1 pm (EDT). If Friday does not work, then I am available Monday and Tuesday next week, any time except for 10 am to 11 am on both days.

Regards,
James Rogers

[Quoted text hidden]