Gmail

**AFL FOIA <foia@aflegal.org>**

## HRSA FOIA 23F199: Update, Available to Connect?
4 messages

**May, Brian (HRSA)** <BMay@hrsa.gov>  Thu, Jun 13, 2024 at 11:08 AM
To: James Rogers <▒▒▒▒▒▒▒▒@aflegal.org>, AFL FOIA <foia@aflegal.org>
Cc: "Chancellor, Alexis (HRSA)" <AChancellor@hrsa.gov>

Good Morning James:

Thanks for your patience and apologies for the delay, I traveled to the American Society of Access Professionals National Training Conference last week and have been playing catchup this week.

Your request is currently 36th out of 281 requests in our overall queue and 3rd in my queue. We completed our record search, and I started reviewing the email records to determine responsiveness, it appears that we have a significant amount of false positive hits and potentially a lot of duplicate records. Are you available to connect next week or the following to discuss your request? If so, could you send me your availability to connect over the next few weeks?

If we meet, I'd like to provide you with details about the records that we located and determine whether they are responsive. Additionally, given the volume of potentially responsive records (201.3 GB, potentially 20,130,000 pages), I'd like to develop a production schedule with you, giving you the option to prioritize which records that you would like to receive first. Further, are you interested in receiving attachments to emails? If so, that will likely significantly increase the volume of records that we will need to review/process.

Here's a reference that I used to calculate the potential page count of email records: https://www.digitalwarroom.com/blog/how-many-pages-in-a-gigabyte. If it helps, we can review between 35-50 pages per hour.

Regards,


*Brian*

Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov





**From:** James Rogers <​███████@aflegal.org>
**Sent:** Tuesday, May 28, 2024 7:26 PM
**To:** May, Brian (HRSA) <BMay@hrsa.gov>; 'AFL FOIA' <foia@aflegal.org>
**Subject:** Re: [EXTERNAL] Re: HRSA FOIA 23F199 - HRSA's Availability to Meet

Hi Brian--

I am writing to check in on FOIA request 23F199, which we submitted over a year ago. Can you provide an update on the status of this request and when you expect to start producing responsive documents?

Regards,
James

```
--

James Rogers

Senior Counsel

America First Legal Foundation

(623) 335-7771
```

On 5/8/2023 10:58 AM, May, Brian (HRSA) wrote:

> Hi James:
>
> Thanks for your patience.  I shared your availability with the program office and asked if we could make one of your available times today or tomorrow.  If we cannot, do any of our available time slots on Wednesday through Friday work for you?
>
> Sincerely,

Brian

Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov





---

**From:** James Rogers <░░░░░░░@aflegal.org>
**Sent:** Monday, May 8, 2023 10:34 AM
**To:** May, Brian (HRSA) <BMay@hrsa.gov>; HRSA FOIA <FOIA@hrsa.gov>; 'AFL FOIA' <foia@aflegal.org>
**Subject:** Re: [EXTERNAL] Re: HRSA FOIA 23F199 - HRSA's Availability to Meet


The following slots today and tomorrow would work for me:

Today (5/8): 4 pm
Tomorrow (5/9): 12 pm; or 4 pm

Regards,
James

On 5/8/2023 10:30 AM, May, Brian (HRSA) wrote:

> Good Morning James:
>
>
> Thanks for following up; unfortunately, I haven't had an opportunity to review your email (until reviewing this message).
>
>
> Since we're fast approaching 11 A.M., we're not going to be able to make that time.  Is there another time slot that will work today or tomorrow?  In turn, I'll ask the program office if they are available.

Sincerely,

*Brian*

Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov



    

---

**From:** James Rogers <​███████@aflegal.org>
**Sent:** Monday, May 8, 2023 10:28 AM
**To:** HRSA FOIA <FOIA@hrsa.gov>; 'AFL FOIA' <foia@aflegal.org>; May, Brian (HRSA) <BMay@hrsa.gov>
**Subject:** [EXTERNAL] Re: HRSA FOIA 23F199 - HRSA's Availability to Meet

Good morning--

I just wanted to check in on this. Were we going to be able to meet at 11 today? We have not received a Teams invite. If today will not work, May 10 at Noon would be the next available time from your list that works well.

Regards,
James

On 5/5/2023 2:34 PM, James Rogers wrote:

> Thanks for getting back to us. May the 8th at 11:00-11:30 would work well. Could we do that?
>
> Thanks,
> James
>
> On 5/5/2023 9:09 AM, HRSA FOIA wrote:

Good Morning James Rogers:

Thank you for your patience while we determined our availability to connect with you next week, do any of the following dates and times work for you?

> May 8th: 9:30-10:00 A.M.; 11:00-11:30 A.M.; or 2:30-3:00 P.M.
>
> May 9th: 9:00-9:30 A.M.
>
> May 10th: 9:00-10:00 A.M.; 12:00-1:00 P.M.
>
> May 11th: 10:30-11:00 A.M.
>
> May 12th: 9:00-10:00 A.M.; 1:00-2:30 P.M.

If so, please let me know which date/time and I will send a Microsoft Teams meeting invitation. Have a nice weekend.

Sincerely,

*Brian*

Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov



    

**From:** AFL FOIA <foia@aflegal.org>
**Sent:** Thursday, April 27, 2023 1:20 PM
**To:** HRSA FOIA <FOIA@hrsa.gov>; May, Brian (HRSA) <BMay@hrsa.gov>
**Cc:** James Rogers <​███​@aflegal.org>
**Subject:** [EXTERNAL] Re: HRSA FOIA 23F199 - Request Clarification

Dear Mr. May--

My apologies for the delay in getting back to you. Tomorrow (Friday), I am available any time except Noon to 1 pm (EDT). If Friday does not work, then I am available Monday and Tuesday next week, any time except for 10 am to 11 am on both days.

Regards,
James Rogers

On Mon, Apr 24, 2023 at 3:42 PM HRSA FOIA <FOIA@hrsa.gov> wrote:

> Good Afternoon James Rogers:
>
> How are you doing today? We write to request clarification about your FOIA request, HRSA Tracking Number 23F199.
>
> HRSA's Division of Transplantation informed us that the search terms provided are not yielding useful results because our email search feature does not allow connected terms (e.g. "race + organ") and only retrieve emails with that pairing. Instead, the Division of Transplantation searches are producing every mention of a search term, yielding countless emails that have organ, transplant, or transplantation in it but unrelated to what you seek. Further, Division of Transplantation personnel list "Division of Transplantation" in their signature block which yields a lot of non-responsive records. Could we meet this week to discuss your search terms, brainstorm any additional terms, or discuss the nature of your request to determine if we can narrow the scope which may lead to fruitful search? If so, what dates and times work best for you?

Thank you for your time, wishing you a wonderful afternoon.

Sincerely,

*Brian*

Brian A. May

Freedom of Information Act (FOIA) Officer

Executive Secretariat

Health Resources and Services Administration

Phone:  301-443-1467

Email:  bmay@hrsa.gov

---

**From:** Duncan, Ashley (HRSA) <ADuncan@hrsa.gov>
**Sent:** Thursday, April 6, 2023 10:36 AM
**To:** FOIA@aflegal.org
**Cc:** HRSA FOIA <FOIA@hrsa.gov>; Duncan, Ashley (HRSA) <ADuncan@hrsa.gov>
**Subject:** HRSA FOIA 23F199 - Acknowledgement

Good Morning James Rogers,

Thank you for your interest in HRSA, please find our acknowledgement letter attached to this email. If you have any questions regarding your request, feel free to contact me.

Best Regards,

Ashley Duncan

Student Trainee HRSA

OO/Exec Sec

Phone: (301) 443-4521

Email: ADuncan@hrsa.gov



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

---

**James Rogers** <​@aflegal.org>  Mon, Jul 1, 2024 at 6:58 PM
To: "May, Brian (HRSA)" <BMay@hrsa.gov>, AFL FOIA <foia@aflegal.org>
Cc: "Chancellor, Alexis (HRSA)" <AChancellor@hrsa.gov>, @aflegal.org>

Hi Brian--

My apologies for the delay in getting back to you. We would love the chance to connect and discuss further our request. Are you free some time on Monday, July 8?

Thanks,
James

--
James Rogers
Senior Counsel
America First Legal Foundation
(623) 335-7771

[Quoted text hidden]

---

**May, Brian (HRSA)** <BMay@hrsa.gov>  Tue, Jul 2, 2024 at 3:13 AM
To: James Rogers @aflegal.org>, AFL FOIA <foia@aflegal.org>
Cc: "Chancellor, Alexis (HRSA)" <AChancellor@hrsa.gov>, @aflegal.org>

Good Morning James:

No worries, I'm headed out for vacation this morning and will return to the office on Wednesday, July 10, 2024. Can you send me your availability for on or after July 11th?

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

**James Rogers** <█████@aflegal.org>   Wed, Jul 17, 2024 at 4:45 PM
To: "May, Brian (HRSA)" <BMay@hrsa.gov>, AFL FOIA <foia@aflegal.org>
Cc: "Chancellor, Alexis (HRSA)" <AChancellor@hrsa.gov>, █████@aflegal.org>

Hi Brian--

What is your availability looking like on Friday the 19th?

Thanks,
James

--
James Rogers
Senior Counsel
America First Legal Foundation
(623) 335-7771

[Quoted text hidden]