**From:** Brian (HRSA) May BMay@hrsa.gov
**Subject:** HRSA FOIA 23F199 - Narrowed Request
**Date:** August 15, 2024 at 6:07 AM
**To:** James Rogers ▉▉▉▉@aflegal.org
**Cc:** ▉▉▉▉@aflegal.org



Good Morning, Laura:

Writing to confirm receipt, I'll skim through the records and determine the volume of potentially responsive records next week and circle back with you.

Hope that you have a smooth finish to your work week and a fantastic weekend!

Regards,

*Brian*

Brian A. May
Freedom of Information Act (FOIA) Officer
Executive Secretariat
Health Resources and Services Administration
Phone: 301-443-1467
Email: bmay@hrsa.gov



---

**From:** Laura Stell ▉▉▉▉@aflegal.org>
**Sent:** Wednesday, August 14, 2024 4:39 PM
**To:** May, Brian (HRSA) <BMay@hrsa.gov>
**Cc:** James Rogers ▉▉▉▉@aflegal.org>
**Subject:** [EXTERNAL] HRSA FOIA 23F199 - Narrowing Request

Brian,

After our prior discussion, we've decided to narrow the request to be from January 20, 2021 through April 1, 2021. Could you please update our request accordingly and let us know if this will rectify the processing issues we've previously discussed?

Please let us know if there is anything additional you need from us to move forward with these changes.

Thank you.
--
**Laura Stell**

Attorney
America First Legal

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.